Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for M1B, Inc.*
*d/b/a NOVA KRATOM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO BUCKINGHAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY GO LEAFY, LLC; SUPER ORGANICS, LLC d/b/a "SUPER SPECIOSA"; M1B, INC. d/b/a NOVA KRATOM; DOE INDIVIDUALS 1-40; DOE MANUFACTURERS, 1-40; DOE DISTRIBUTORS 1-40;<br><br>Defendants. | Case No.:<br><br><br>**NOTICE AND STATEMENT TO FEDERAL COURT OF REMOVAL** |

COMES NOW, Defendant M1B, Inc. d/b/a NOVA KRATOM ("Defendant"), by and through its undersigned counsel, Reese Ring Velto, PLLC, hereby gives notice that the above action is removed from the Eighth Judicial District Court, State of Nevada, Clark County, in which court said case is now pending, to the United States District Court for the District of Nevada.

Pursuant to 28 U.S.C. § 1446(a), Defendant states the following grounds for removal:

1. On or about July 20, 2026, Plaintiff Antonio Buckingham ("Plaintiff") commenced an action against Defendant, Case No: A-26-951744-C, Department 20, in the Eighth Judicial District Court, County of Clark, State of Nevada.

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com

reese
ring
velto
PLLC

2. Defendant was served with a copy of the Summons and Complaint on or about July 23, 2026. A copy of the Summons and Complaint is attached hereto as **Exhibit 1.**

3. Exhibit 1 constitutes all process, pleadings, and orders served upon Defendant in this action to date.

4. Plaintiff seeks damages and attorney fees and costs.  The causes of action action asserted in the Complaint are: (1) Strict Products Liability – Design Defect/Unreasonably Dangerous Product; (2) Strict Products Liability – Failure to Warn; (3) Negligence; (4) Breach of Implied Warranties of Merchantability and Fitness for a Particular Purpose; (5) Breach of Express Warranty; and (6) Deceptive Trade Practices/Consumer Fraud.

5. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1332(a)(2)'s requirement that civil actions be between citizens of a State and citizens or subjects of a foreign state.  Plaintiff is a citizen of Nevada.  **Ex. 1 (Compl. Para. 1)**.  Defendant is a Colorado corporation with its principal place of business in Colorado. **Ex. 1 (Compl. Para. 2)**. The two remaining defendants, who have been served and consent to removal, Happy Go Leafy, LLC, and Super Organics, LLC are both domiciled in Florda. The remaining DOE manufacture and DOE distributor defendants have not been identified and are unknown at this time.  As such, complete diversity exists between the parties.  Although not explicitly stated in the Complaint, Defendant expects Plaintiff will claim damages in excess of $75,000.

6. There are no other named defendants in this action other than Defendant and the consenting Defendants.

7. This Notice of Removal is timely filed with this Court within thirty (30) days of Defendant's receipt of Plaintiff's Complaint and the Summons, as required by 28 U.S.C. § 1446(b), and the state court in which this action was commenced is within this Court's district, as required under 28 U.S.C. § 1441(a).

8. Additionally, removal is timely because this case was removed less than one year after the case was commenced in the state court, in accordance with 28 U.S.C. § 1441(c)(1).

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com

reese
ring
velto
PLLC

9. In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on Plaintiff and filed with the Clerk of the Eighth Judicial District Court, County of Clark, State of Nevada.

WHEREFORE, Defendant gives Notice of Removal of this case from the Clerk of the Eighth Judicial District Court, County of Clark, State of Nevada to this Court.

DATED this 10th day of August 2026.

REESE RING VELTO, PLLC

*/s/ Alex Velto*

Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for M1B, Inc.*
*d/b/a NOVA KRATOM*

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com

reese
ring
velto
PLLC

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of REESE RING VELTO, PLLC and that on this 10th day of August, 2026, I caused the above and foregoing documents entitled NOTICE AND STATEMENT TO FEDERAL COURT OF REMOVAL to be served as follows:

☒          by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Reno, Nevada; and/or

☐          sent electronically via the Court's electronic service system; the date and time of this electronic service is in place of the date and in place of deposit in the mail; and/or

☒          Personal Service under FRCP 4

to the attorney(s) listed below at the address, email address and/or facsimile number indicated below:

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
mckteam@the702firm.com

Justin G. May, Esq.
MICHAEL BEST
4509 Creedmore Road, Suite 501
Raleigh, NC 27612
jgmay@michaelbest.com

*Attorneys for HAPPY GO LEAFY, LLC;
SUPER ORGANICS, LLC d/b/a "SUPER
SPECIOSA"*

/s/ Rachael Chavez
An employee of Reese Ring Velto, PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com



reese
ring
velto
PLLC

**<u>EXHIBITS INDEX</u>**

| Index No. | Document Title | No. of Pages* |
|---|---|---|
| **Exhibit 1** | Summons and Complaint filed July 20, 2026 | 14 |



3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com

reese
ring
velto
PLLC